# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

GABRIEL FLORES

PLAINTIFF(S)

-AGAINST-

THE CITY OF NEW YORK,CYNTHIA BRANN,HAZEL JENNINGS,KENNETH STUKES,BECKY SCOTT,
BRENDA COOKE,HEIDI GROSSMAN,SHERMA DUNBAR,JEAN H. RENE,JONELLE SHIVRAJ,TIFFANY
MORALES,JOANNE MATOS,ADW CARTER,ADW GREENE,ADW BLAIR,ADW VASQUEZ,ADW CHARLES,
ADW HENRY,ADW PHILLIPS,ADW LOUIS,ADW FLEMMING,ADW LACROIX,CAPT.BENARD MATHIS,
CAPT.BALLAH,CAPT.LAW,CAPT.FARROW,CAPT.PARRIS,CAPT.PETERS,CAPT.ARIAS,CAPT.BLAKE,
CAPT.LOISEAU,CAPT.VALLEJO,CAPT.JONES,CAPT.ISLAM,CAPT.MOODIE,CAPT.CHARLES,CAPT.
PALMER-CAMPBELL,CO YOUNG,CO McNEIL,CO HICKSON,CO WHITE,CO RODRIGUEZ,CO HARRIS,
CO RITTER,CO REID,CO RAMIREZ,CO NZEAMA,CO TAYLOR,CO DRUMRIGHT,CO DAY,CO OXLEY,
CO HUMPHRIES,CO MONTENEGRO,CO ADAMCZYK,CO SMITH,CO LIKOUA,CO CASTRO,CO VASQUEZ,
CO LAWRENCE,CO SMITH,CO HUMPHRIES,CO WILLIAMS,CO VAZQUEZ,CO SHERMA,CO DARBEAU,
CO PURNHAGEN,CO PEAY,CO PIERCE,CO QUINONES,CO DYCHESE,CO EDMUND,CO CHUCK,CO
SMITH,CO FELIZ,CO GUZMAN,CAPT.SUBERVI,O.S.I.U. DEJESUS,O.S.I.U. WHITE,CO LIU,
CO BENITEZ,CO WHITE,CO BUSHROD,CAPT.CAMACHO,ADW WILKINS,CO SMITH,ESU TEAM(OF
12/23/20)

DEFENDANT(S)

42 U.S.C. § 1983
COMPLAINT
(PRISONER)

NO.
(TO BE FILLED OUT BY CLERK)

DO YOU WANT A
JURY TRIAL?
[X]YES [ ]NO

RECEIVED
SDNY PRO SE OFFICE
2021 FEB 2   AM 10:

I.       LEGAL BASIS FOR CLAIM:
State below the Federal legal basis for claim,if known;this form is primarily
designed for the prisoners challenging the Constitutionality of the condition
of their confinement.Those claims are of their confinement.Those claims are
often brought under the U.S.C. § 1983 (against state,county,or municipal
defendants,or in a "BIVENS" action against Federal defendants).

[X]      VIOLATION OF MY CONSTITUTIONAL RIGHTS

[ ]      OTHER: _____

II]      PLAINTIFF INFORMATION:

GABRIEL
FIRST NAME

MIDDLE NAME

FLORES
LAST NAME

441-19-05826
Prisoner ID # (if you have previously been held in another agency's custody,
please specify each agency and the ID number[such as your DIN or NYSID]under
which you were held).

GEORGE R. VIERNO CENTER
CURRENT PLACE OF DETENTION

INSTITUTIONAL ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
|---|---|---|
| COUNTY,CITY | STATE | ZIP CODE |

**III.     PRISONER STATUS:**
Indicate below whether you are aprisoner or other confined person:

[X]     Pretrial detainee

[ ]     Civil commited detainee

[ ]     Immigration detainee

[ ]     Convicted or sentenced prisoner

[ ]     Other:

**IV.     DEFENDANT(S) INFORMATION:**
All of the defendant(s) information will be listed by name,shield,and/or position that they held during the time of the alleged violation to the best of plaintiff's knowledge.

DEFENDANT 1:THE CITY OF NEW YORK

FIRST NAME          LAST NAME                    SHIELD#

CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

CURRENT WORK ADDRESS

COUNTY,CITY          STATE                    ZIP CODE

DEFENDANT 2:CYNTHIA BRANN

COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS
CURRENT JOB TITLE

75-20 ASTORIA BOULEVARD
CURRENT WORK ADDRESS

| QUEENS | NEW.YORK | 11370 |
|---|---|---|
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT 3: HAZEL JENNINGS
FIRST NAME          LAST NAME                           SHIELD#

CHIEF OF THE DEPARTMENT OF CORRECTIONS
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

75-20 ASTORIA BOULEVARD
CURRENT WORK ADDRESS

QUEENS              NEW YORK                            11370
COUNTY,CITY         STATE                               ZIP CODE

DEFENDANT 4 :KENNETH STUKES
FIRST NAME          LAST NAME                           SHIELD#

CHIEF OF SECURITY
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

75-20 ASTORIA BOULEVARD
CURRENT WORK ADDRESS

QUEENS              NEW YORK                            11370
COUNTY,CITY         STATE                               ZIP CODE

DEFENDANT 5:BECKY SCOTT
FIRST NAME          LAST NAME                           SHIELD#

CHIEF OF OPERATIONS
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

75-20 ASTORIA BOULEVARD
CURRENT WORK ADDRESS

QUEENS              NEW YORK                            11370
COUNTY,CITY         STATE                               ZIP CODE

DEFENDANT 6: BRENDA COOKE
     FIRST NAME  LAST NAME      SHIELD#

     CHIEF OF STAFF
     CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

     75-20 ASTORIA BOULEVARD
     CURRENT WORK ADDRESS

     QUEENS  NEW YORK    11370
     COUNTY,CITY STATE     ZIP CODE

DEFENDANT 7: HEIDI GROSSMAN
     FIRST NAME  LAST NAME      SHIELD#

     GENERAL COUNSEL
     CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

     75-20 ASTORIA BOULEVARD
     CURRENT WORK ADDRESS

     QUEENS  NEW YORK    11370
     COUNTY,CITY STATE     ZIP CODE

DEFENDANT 8: JEAN H. RENE          H.                          RENE
FIRST NAME          LAST NAME                    SHIELD#

COMMANDING OFFICER/WARDEN
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

EAST ELMHURST          NEW YORK                11370
COUNTY,CITY            STATE                   ZIP CODE

DEFENDANT 9: JONELLE                                    SHIVRAJ
FIRST NAME          LAST NAME                    SHIELD

DEPUTY WARDEN FOR SECURITY
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

EAST ELMHURST          NEW YORK                11370
COUNTY,CITY            STATE                   ZIP CODE

DEFENDANT 10: TIFFANY                                   MORALES
FIRST NAME          LAST NAME                    SHIELD#

DEPUTY WARDEN FOR ADMINISTRATION/PROGRAMS
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

EAST ELMHURST          NEW YORK                11370
COUNTY,CITY            STATE                   ZIP CODE

**DEFENDANT 11:** JOANNE                MATOS
FIRST NAME            LAST NAME                        SHIELD#

.DEPUTY WARDEN FOR OPERATIONS
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

EAST ELMHURST        NEW YORK                    11370
COUNTY,CITY          STATE                       ZIP CODE

**DEFENDANT 12**                CARTER              94
FIRST NAME            LAST NAME              SHIELD

ASSISTANT DEPUTY WARDEN
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

EAST ELMHURST        NEW YORK                    11370
COUNTY,CITY          STATE                       ZIP CODE

**DEFENDANT 13:**                GREENE              1368
FIRST NAME            LAST NAME              SHIELD#

ASSISTANT DEPUTY WARDEN
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

EAST ELMHURST        NEW YORK                    11370
COUNTY,CITY          STATE                       ZIP CODE

DEFENDANT 14                    PCHARLES                              138
              FIRST NAME          LAST NAME                    SHIELD#

              ASSISTANT DEPUTY WARDEN/ASSISTANT TO CHIEF OF MEDICAL PRB
              CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

              09-09 HAZEN STREET
              CURRENT WORK ADDRESS

              EAST ELMHURST       NEW YORK                    11370
              COUNTY,CITY         STATE                       ZIP CODE

DEFENDANT 15:                    HENRY
              FIRST NAME          LAST NAME                    SHIELD

              ASSISTANT DEPUTY WARDEN
              CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

              09-09 HAZEN STREET
              CURRENT WORK ADDRESS

              EAST ELMHURST       NEW YORK                    11370
              COUNTY,CITY         STATE                       ZIP CODE

DEFENDANT 16:                    PHILLIPS
              FIRST NAME          LAST NAME                    SHIELD#

              ASSISTANT DEPUTY WARDEN
              CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

              09-09 HAZEN STREET
              CURRENT WORK ADDRESS

              EAST ELMHURST       NEW YORK                    11370
              COUNTY,CITY         STATE                       ZIP CODE

DEFENDANT 17:

| COOIS | |
|---|---|
| FIRST NAME | LAST NAME | | SHIELD# |

ASSISTANT DEPUTY WARDEN
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

EAST ELMHURST      NEW YORK                    11370
COUNTY,CITY        STATE                        ZIP CODE

DEFENDANT 18:

FLEMMING                    1075
FIRST NAME      LAST NAME                    SHIELD

ASSISTANT DEPUTY WARDEN
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

EAST ELMHURST      NEW YORK                    11370
COUNTY,CITY        STATE                        ZIP CODE

DEFENDANT 19:

LACROIX                    1361
FIRST NAME      LAST NAME                    SHIELD#

ASSISTANT DEPUTY WARDEN
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

EAST ELMHURST      NEW YORK                    11370
COUNTY,CITY        STATE                        ZIP CODE

DEFENDANT 20: BENARD      MATHIS      82
FIRST NAME      LAST NAME      SHIELD#

SECURITY CAPTAIN
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

EAST ELMHURST      NEW YORK      11370
COUNTY,CITY      STATE      ZIP CODE

DEFENDANT 21:      BALLAH      1219
FIRST NAME      LAST NAME      SHIELD

SECURITY CAPTAIN
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

EAST ELMHURST      NEW YORK      11370
COUNTY,CITY      STATE      ZIP CODE

DEFENDANT 22:      LAW      85
FIRST NAME      LAST NAME      SHIELD#

CAPTAIN/RECREATION
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

EAST ELMHURST      NEW YORK      11370
COUNTY,CITY      STATE      ZIP CODE

DEFENDANT23 :

| FARROW | | |
|---|---|---|
| FIRST NAME | LAST NAME | SHIELD# |

CAPTAIN
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
|---|---|---|
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT 24:

1784

| PARRIS | | |
|---|---|---|
| FIRST NAME | LAST NAME | SHIELD |

CAPTAIN
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
|---|---|---|
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT25 :

1423

| PETERS | | |
|---|---|---|
| FIRST NAME | LAST NAME | SHIELD# |

CAPTAIN
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
|---|---|---|
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT26 :

| | ARIAS | 1861 |
|---|---|---|
| FIRST NAME | LAST NAME | SHIELD# |

CAPTAIN
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
|---|---|---|
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT27 :

| | BLAKE | 89 |
|---|---|---|
| FIRST NAME | LAST NAME | SHIELD |

CAPTAIN
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
|---|---|---|
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT28 :

| | L'OISEAU | 1898 |
|---|---|---|
| FIRST NAME | LAST NAME | SHIELD# |

CAPTAIN
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
|---|---|---|
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT 29:

| VALLEJO | | 924 |
|---|---|---|
| FIRST NAME | LAST NAME | SHIELD# |

CAPTAIN
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
|---|---|---|
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT 30:

| JONES | | 693 |
|---|---|---|
| FIRST NAME | LAST NAME | SHIELD |

CAPTAIN
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
|---|---|---|
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT 31:

| ISLAM | | 1743 |
|---|---|---|
| FIRST NAME | LAST NAME | SHIELD# |

CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
|---|---|---|
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT 32:                    MOODIE                          593
                FIRST NAME        LAST NAME              SHIELD#

CAPTAIN
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

EAST ELMHURST        NEW YORK                11370
COUNTY,CITY          STATE                   ZIP CODE

DEFENDANT 33:                    CHARLES                         1706
                FIRST NAME        LAST NAME              SHIELD

CAPTAIN
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

EAST ELMHURST        NEW YORK                11370
COUNTY,CITY          STATE                   ZIP CODE

DEFENDANT 34:                    PALMER-CAMPBELL                 267
                FIRST NAME        LAST NAME              SHIELD#

CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

EAST ELMHURST        NEW YORK                11370
COUNTY,CITY          STATE                   ZIP CODE

DEFENDANT 35:  YOUNG  12268
FIRST NAME  LAST NAME  SHIELD#

G.O.
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

EAST ELMHURST  NEW YORK  11370
COUNTY,CITY  STATE  ZIP CODE

DEFENDANT36:  McNEIL  12557
FIRST NAME  LAST NAME  SHIELD

C.O.
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

EAST ELMHURST  NEW YORK  11370
COUNTY,CITY  STATE  ZIP CODE

DEFENDANT37:  HICKSON  5395
FIRST NAME  LAST NAME  SHIELD#

C.O.
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

EAST ELMHURST  NEW YORK  11370
COUNTY,CITY  STATE  ZIP CODE

DEFENDANT38:

| WHITE | 8507 |
| --- | --- |
| FIRST NAME | LAST NAME | SHIELD# |

C.O.
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
| --- | --- | --- |
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT 39:

| RODRIGUEZ | 9665 |
| --- | --- |
| FIRST NAME | LAST NAME | SHIELD |

C.O.
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
| --- | --- | --- |
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT 40:

| HARRIS | 17399 |
| --- | --- |
| FIRST NAME | LAST NAME | SHIELD# |

C.O.
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
| --- | --- | --- |
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT 41 :

| | RITTER | 7994 |
|---|---|---|
| FIRST NAME | LAST NAME | SHIELD# |

C.O.
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
|---|---|---|
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT 42:

| | REID | 8637 |
|---|---|---|
| FIRST NAME | LAST NAME | SHIELD |

C.O.
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
|---|---|---|
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT 43:

| | RAMIREZ | 15685 |
|---|---|---|
| FIRST NAME | LAST NAME | SHIELD# |

C.O.
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
|---|---|---|
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT 44:

NZEAMA          6774

FIRST NAME      LAST NAME          SHIELD#

C.O.

CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET

CURRENT WORK ADDRESS

EAST ELMHURST      NEW YORK          11370

COUNTY,CITY        STATE           ZIP CODE

DEFENDANT 45:

TAYLOR          8644

FIRST NAME      LAST NAME          SHIELD

C.O.

CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET

CURRENT WORK ADDRESS

EAST ELMHURST      NEW YORK          11370

COUNTY,CITY        STATE           ZIP CODE

DEFENDANT 46:

DRUMRIGHT          8667

FIRST NAME      LAST NAME          SHIELD#

C.O.

CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET

CURRENT WORK ADDRESS

EAST ELMHURST      NEW YORK          11370

COUNTY,CITY        STATE           ZIP CODE

DEFENDANT 47:

| | DAY | | 5761 |
|---|---|---|---|
| FIRST NAME | LAST NAME | | SHIELD# |

—C.O.
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
|---|---|---|
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT 48:

| | OXLEY | | 1711 |
|---|---|---|---|
| FIRST NAME | LAST NAME | | SHIELD |

C.O.
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
|---|---|---|
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT 49:

| | HUMPHRIES | | 4883 |
|---|---|---|---|
| FIRST NAME | LAST NAME | | SHIELD# |

C.O.
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
|---|---|---|
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT 50:                  MONTENEGRO               13298
_____
FIRST NAME            LAST NAME               SHIELD#

CAPTAIN
_____
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
_____
CURRENT WORK ADDRESS

EAST ELMHURST      NEW YORK            11370
_____
COUNTY,CITY        STATE              ZIP CODE

DEFENDANT 51:                  ADAMCZYK               12359
_____
FIRST NAME            LAST NAME               SHIELD

C.O.
_____
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
_____
CURRENT WORK ADDRESS

EAST ELMHURST      NEW YORK            11370
_____
COUNTY,CITY        STATE              ZIP CODE

DEFENDANT 52:                  CO SMITH               1753
_____
FIRST NAME            LAST NAME               SHIELD#

C.O.
_____
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
_____
CURRENT WORK ADDRESS

EAST ELMHURST      NEW YORK            11370
_____
COUNTY,CITY        STATE              ZIP CODE

DEFENDANT 53:                    WILLIAMS                    3906
            FIRST NAME        LAST NAME              SHIELD#

            C.O.
            CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

            09-09 HAZEN STREET
            CURRENT WORK ADDRESS

            EAST ELMHURST      NEW YORK              11370
            COUNTY,CITY        STATE                 ZIP CODE

DEFENDANT 54:                    HUMPHRIES                   13844
            FIRST NAME        LAST NAME              SHIELD

            CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

            09-09 HAZEN STREET
            CURRENT WORK ADDRESS

            EAST ELMHURST      NEW YORK              11370
            COUNTY,CITY        STATE                 ZIP CODE

DEFENDANT 55:                    VASQUEZ                     11590
            FIRST NAME        LAST NAME              SHIELD#

            C.O.
            CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

            09-09 HAZEN STREET
            CURRENT WORK ADDRESS

            EAST ELMHURST      NEW YORK              11370
            COUNTY,CITY        STATE                 ZIP CODE

DEFENDANT 56:                    CASTRO                        11930
                  FIRST NAME        LAST NAME              SHIELD#

                  C.O.
                  CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

                  09-09 HAZEN STREET
                  CURRENT WORK ADDRESS

                  EAST ELMHURST      NEW YORK            11370
                  COUNTY,CITY        STATE               ZIP CODE

DEFENDANT 57:                    LIKOUA                        19071
                  FIRST NAME        LAST NAME              SHIELD

                  C.O.
                  CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

                  09-09 HAZEN STREET
                  CURRENT WORK ADDRESS

                  EAST ELMHURST      NEW YORK            11370
                  COUNTY,CITY        STATE               ZIP CODE

DEFENDANT 58::                   LAWRENCE                      10351
                  FIRST NAME        LAST NAME              SHIELD#

                  C.O.
                  CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

                  09-09 HAZEN STREET
                  CURRENT WORK ADDRESS

                  EAST ELMHURST      NEW YORK            11370
                  COUNTY,CITY        STATE               ZIP CODE

DEFENDANT 59:

| FIRST NAME | SMITH | 1650 |
|---|---|---|
| FIRST NAME | LAST NAME | SHIELD# |

C.O.
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
|---|---|---|
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT 60:

| | VASQUEZ | 18636 |
|---|---|---|
| FIRST NAME | LAST NAME | SHIELD |

C.O.
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
|---|---|---|
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT 61:

| | SHERMA | 13535 |
|---|---|---|
| FIRST NAME | LAST NAME | SHIELD# |

C.O.
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
|---|---|---|
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT 62:

| | DARBEAU | 4193 |
|---|---|---|
| FIRST NAME | LAST NAME | SHIELD# |

C.O.
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
|---|---|---|
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT 63:

| | PURNHAGEN | |
|---|---|---|
| FIRST NAME | LAST NAME | SHIELD |

C.O.
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
|---|---|---|
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT 64:

| | PEAY | 18010 |
|---|---|---|
| FIRST NAME | LAST NAME | SHIELD# |

C.O.
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
|---|---|---|
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT 65:

| | PIERCE | 15102 |
|---|---|---|
| FIRST NAME | LAST NAME | SHIELD# |

C.O.
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
|---|---|---|
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT 66:

| | QUINONES | 2315 |
|---|---|---|
| FIRST NAME | LAST NAME | SHIELD |

C.O.
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
|---|---|---|
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT 67:

| | DYCHESE | 14003 |
|---|---|---|
| FIRST NAME | LAST NAME | SHIELD# |

C.O.
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

09-09 HAZEN STREET
CURRENT WORK ADDRESS

| EAST ELMHURST | NEW YORK | 11370 |
|---|---|---|
| COUNTY,CITY | STATE | ZIP CODE |

DEFENDANT 68:                EDMUND                          10909
          FIRST NAME          LAST NAME                    SHIELD#

               C.O.-
               CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

               09-09 HAZEN STREET
               CURRENT WORK ADDRESS

               EAST ELMHURST        NEW YORK                11370
               COUNTY,CITY          STATE                   ZIP CODE

DEFENDANT  :
          FIRST NAME          LAST NAME                    SHIELD

               CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

               09-09 HAZEN STREET
               CURRENT WORK ADDRESS

               EAST ELMHURST        NEW YORK                11370
               COUNTY,CITY          STATE                   ZIP CODE

DEFENDANT  :
          FIRST NAME          LAST NAME                    SHIELD#

               CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

               09-09 HAZEN STREET
               CURRENT WORK ADDRESS

               EAST ELMHURST        NEW YORK                11370
               COUNTY,CITY          STATE                   ZIP CODE

DEFENDANT 69: SHERMA                DUNBAR
              FIRST NAME            LAST NAME                    SHIELD#

              COMMANDING OFFICER/WARDEN
              CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

              16-16 HAZEN STREET
              CURRENT WORK ADDRESS

              EAST ELMHURST        NEW YORK                      11370
              COUNTY,CITY          STATE                         ZIP CODE

DEFENDANT 70:                      CHUCK
              FIRST NAME           LAST NAME                     SHIELD#

              C.O.
              CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

              16-16 HAZEN STREET
              CURRENT WORK ADDRESS

EAS           EAST ELMHURST        NEW YORK                      11370
              COUNTY,CITY          STATE                         ZIP CODE

DEFENDANT 71:                      SMITH
              FIRST NAME           LAST NAME                     SHIELD#

              C.O.
              CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

              16-16 HAZEN STREET
              CURRENT WORK ADDRESS

              EAST ELMHURST        NEW YORK                      11370
              COUNTY,CITY          STATE                         ZIP CODE

DEFENDANT 72:

    DEJESUS
FIRST NAME          LAST NAME                      SHIELD#

OPERATIONS SECURITY INTELLIGENCE UNIT
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

16-16 HAZEN STREET
CURRENT WORK ADDRESS

EAST ELMHURST     NEW YORK           11370
COUNTY,CITY        STATE                ZIP CODE

DEFENDANT 73:

    WHITE
FIRST NAME          LAST NAME                      SHIELD#

OPERATIONS SECURITY INTELLIGENCE UNIT
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

16-16 HAZEN STREET
CURRENT WORK ADDRESS

EAST ELMHURST     NEW YORK           11370
COUNTY,CITY        STATE                ZIP CODE

DEFENDANT :

FIRST NAME          LAST NAME                      SHIELD#

CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

16-16 HAZEN STREET
CURRENT WORK ADDRESS

EAST ELMHURST     NEW YORK           11370
COUNTY,CITY        STATE                ZIP CODE

**DEFENDANT 74:** BUSHROD

FIRST NAME       LAST NAME       SHIELD#

C,O.

CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

1 HALLECK STREET

CURRENT WORK ADDRESS

BRONX       NEW YORK       10474

COUNTY,CITY       STATE       ZIP CODE

**DEFENDANT 75:** WHITE

FIRST NAME       LAST NAME       SHIELD#

C.O.

CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

1 HALLECK STREET

CURRENT WORK ADDRESS

BRONX       NEW YORK       10474

COUNTY,CITY       STATE       ZIP CODE

**DEFENDANT 76:** CAMACHO

FIRST NAME       LAST NAME       SHIELD#

CAPTAIN

CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

1 HALLECK STREET

CURRENT WORK ADDRESS

BRONX       NEW YORK       11370

COUNTY,CITY       STATE       ZIP CODE

DEFENDANT 77: _____ 17854
FIRST NAME          LAST NAME                    SHIELD#

C.O.
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

1 HALLECK STREET
CURRENT WORK ADDRESS

BRONX               NEW YORK                     10474
COUNTY,CITY         STATE                        ZIP CODE

DEFENDANT 78:                   GUZMAN              5602
FIRST NAME          LAST NAME                    SHIELD#

C.O.
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

1 HALLECK STREET
CURRENT WORK ADDRESS

BRONX               NEW YORK                     10474
COUNTY,CITY         STATE                        ZIP CODE

DEFENDANT 79:                   WILKINS
FIRST NAME          LAST NAME                    SHIELD#

ASSISTANT DEPUTY WARDEN
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

1 HALLECK STREET
CURRENT WORK ADDRESS

BRONX               NEW YORK                     11370
COUNTY,CITY         STATE                        ZIP CODE

DEFENDANT 80:

| FIRST NAME | LAST NAME | SHIELD# |
|---|---|---|

C.O.
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

125 WHITE STREET
CURRENT WORK ADDRESS

NEW YORK          NEW YORK                    10013

DEFENDANT 81: _____ BENITEZ _____

| FIRST NAME | LAST NAME | SHIELD# |
|---|---|---|

C.O.
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

125 WHITE STREET
CURRENT WORK ADDRESS

NEW YORK          NEW YORK                    10013
COUNTY,CITY      STATE                        ZIP CODE

DEFENDANT 82: _____

DEFENDANT 82: ESU TEAM (UNKNOWN MEMBERS)
```
          FIRST NAME        LAST NAME                    SHIELD#
```

ESU OFFICERS
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)


CURRENT WORK ADDRESS


```
COUNTY,CITY        STATE                         ZIP CODE
```

DEFENDANT 83:                  SUBERVI              1064
```
          FIRST NAME        LAST NAME                    SHIELD#
```

CAPTAIN
CURRENT JOB TITLE(OR OTHER IDENTIFYING INFORMATION)

75-20 ASTORIA BOULEVARD
CURRENT WORK ADDRESS


```
QUEENS            NEW YORK                       11370
COUNTY,CITY          STATE                        ZIP CODE
```

DEFENDANT 84:                  BLAIR
```
          FIRST NAME        LAST NAME                    SHIELD#
```

ASSISTANT DEPUTY WARDEN/CHIEF OF OPERATION'S PERSONAL ASSISTANT
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

75-20 ASTORIA BOULEVARD
CURRENT WORK ADDRESS


```
QUEENS            NEW YORK                       11370
COUNTY,CITY         STATE                         ZIP CODE
```

DEFENDANT 85

| FIRST NAME | LAST NAME | SHIELD# |
|---|---|---|
| | VASQUEZ | |

**ASSISTANT DEPUTY WARDEN**

CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)

**16-16 HAZEN STREET**

CURRENT WORK ADDRESS

**EAST ELMHURST          NEW YORK          11370**

PLACE(S) OF OCCURENCE:GEORGE R. VIERNO CENTER

DATE(S) OF OCCURENCE:NOV.2, 2020-PRESENT

PLACE(S) OF OCCURENCE:OTIS BANTUM CORRE CENTER

DATE(S) OF OCCURENCE:MAR.15,16, 2020

PLACE(S) OF OCCURENCE:MANHATTAN DET. COMPLEX

DATE(S) OF OCCURENCE:SEP.23, 2020 & NOV.1, 2020

## FACTS:

State here briefly the facts that support your case.Describe what happened,how you were harmed,and how each defendant was personally involved in the alleged wrongful action action.Attach additional pages as necessary.

# VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| February 5, 2021 | G. Flores |
|---|---|
| **Dated** | **Plaintiff's Signature** |
| Gabriel | Flores |
| **First Name** | **Middle Initial** | **Last Name** |

09-09 Hazen St (GzVC)
**Prison Address**

| East Elmhurst | New York | 11370 |
|---|---|---|
| **County, City** | **State** | **Zip Code** |

Date on which I am delivering this complaint to prison authorities for mailing: _____

1)        On November 2, 2020,plaintiff was transferred from the Manhattan
Detention complex by ESU (Emergency servicedUnit).plaintiff is Special Transit
designated only.The move from plaintiff's Court ordered housing area in the
Manhattan Detention Complex was due to no specific reason.

2)        Upon plaintiff's placement in the George R. Vierno center,unit
1A,at apprx. 10:00 p.m.,plaintiff was placed in a cell by ESU team and this
cell had none of the mandated furnishings as to accomodate plaintiff's
court ordered lock down status,as in plaintiff's prior facility such as
a television, or typewriter.Plaintiff's placement was so sudden and abrupt
to the facility correctional personnel were unaware of plaintiff's placement
in the facility as well as plaintiff's nature or status.This ultimately caused
correction personnel to blanket-restrict plaintiff of even his most fundamental
rights as well as a host of his respective mandated services,as will be preesent
-ed herein and throughout this motion.

3)        on November 3, 2020,at around 9:00 a.m.,plaintiff asked an unknown
officer,whom assumed the B-post in 1a,for his daily shower,razor,recreation,law
library, and sick call.plaintiff also asked this officer for the facility
schedule  for the aforementioned services,as they may vary with respect to
when they may be provided;based on housing unit status,and other dynamics
that create nuances in regard to the time schedule.Upon request,this officer
stated that this request could not be fulfflled due in part to orders given
to him by his ADW(Assistant Deputy warden) and his Deputy Warden for Security.
This officer informed plaintiff at this time that he was under strict instructio
-ns and supervision by both superiors.these instructions were delegated to
all  personnel that assumed the 1A post:not to provide plaintiff with anything
and not to let the plaintiff out of the cell under any circumstaces until
the Deputy warden for security authorizes otherwise.Plaintiff then asked
this officer to disclose,in name,who was this DWS to grant full discretion
to an officer to keep plaintiff in his cell with no explanation to the service
deprivation

deprivation to this officer to order this officer to violate this plaintiff's rights.This officer then informed plaintiff that defendant ADW Henry and defendant DWS Jonelle Shivraj gave him these orders and that the two of them(defendant ADW Henry and defendant DWS Jonelle Shivraj)would actually be making a tour in the unit later into the shift.This officer then informed plaintiff that at that time plaintiff could personally address these concerns and violations to the aforementioned defendants directly.

4)        At or around 10:00 a.m.,defendant ADW Henry and defendant DWS Jonelle Shivraj arrived at plaintiff's housing unit 1A,stopping at plaintiff's door; defendant ADW Henry carrying a bag of used jumpsuits in tow.Plaintiff immediately proposed the inquisition,in a respectful tone,into their orders to their personnel to violate plaintiff's rights and mandated services.Plaintiff specific -ally cited his daily shower and phone call to his attorney.At this moment, defendant DWS Jonelle Shivraj completely disregarded plaintiff's request for services and plaintiff's inquiry as to why plaintiff was denied services and on what grounds,as defendant DWS Jonelle Shivraj proceeded to ask plaintiff, "What is your jumper size?"plaintiff then responded,I am not in punitive segregation nor am I in enhanced supervision housing so i am not required to wear a jumper."Defendant DWS Jonelle Shivraj responded"There is a Command Level Order we are enforcing in this facility that I personally prepared for my Warden.I am going to make your stay here a living hell here."Defendant ADW Henry then took over reciting off of a document with a DOC letterhead, defendant ADW Henry was holding.while reading to plaintiff a catalog of permissi -ble cell items,cell property,and religious effects that were allowed as per this Command Level Order.Moreover,this Command Level Order entailed and described restrictions on Minimum Standards,even Constitutionality,and Constitut -ional

2

Rights, such as Henry then began to read, "Under non circumstances will any inmate in Court Ordered Lockdown status be permitted to send out any written correspondence or any other type of communication. Your law library request will go through and be screened by my security team and the materials you request will be placed in a blue storage container and not in your cell. You will be placed in enhanced restraint status as long as you are in my facility. That means cuffs, waist-chains, leg-irons, and security mitts. You will have 1 bar of soap, 1 jumpsuit, 3 books or magazines, 1 bible. You will be permitted to call your attorney at designated times; only twice a day. At this time defendant DWS Jonelle Shivraj then chimed in, "Oh, Flores, you were asking about a shower, right?" Defendant DWS Jonelle Shivraj looked at defendant ADW Henry and said, "Henry, read him his new schedule, girl." Defendant ADW Henry then read off of the CLO(COMMAND LEVEL ORDER), "You will be permitted three showers a week." Plaintiff was confused about these provisions as they were immediate and obviously ludicrous; as these new provisions were absurdly and apparently arbitrary and capricious but clearly illegal, nevertheless; plaintiff then asked(as he saw it futile to volley with apparent tyrants who claim to wield the authority to violate one's Constitutional Rights and in the same vein, their own policy to violate plaintiff)"With that being final, WHEN will I be able to receive one of my three-showers-per-week? Also, I am in preparation for trial as I am a pretrial detainee so I need to access my attorney if that isn't too much. Plaintiff continued, "I'm not asking for anything extra but my Constitutional Rights seem to be on questionable terms with you all, for some reason." Defendant DWS Jonelle Shivraj then responded, "Look, we will try to get you a shower but you can see your lawyer at court since you wanna so all-American about this. Since you wanna be such a patriot you should have joined the military and died for this stupid-ass country that doesn't give a fuck about you. Now, is you taking a jumper or not? Plaintiff refused to take a jumpsuit, respectfully declining. Defendant DWS jonelle Shivraj then stated

5

,"Not a problem,you definitely won't be showering today try you take a
jumper but that oppurtunity is a wrap for today-try again tomorrow."
Defendants ADW Henry and defendant DWS Jonelle Shivraj then departed the
unit on that note.Plaintiff did not receive his respective services for the
duration of the day.Including shower,recreation,law library,razoer,the mandated
services most fundamental.

5)      That evening,dinner meal was served and prepared out of plaintiff's
sight by defendant CO Purnhagen,whom acknowledged when asked,that he did
not possess a food handling certificate.Plaintiff went on to more pressing
matters with defendant Purnhagen and asked defendant Purnhagen if plaintiff
may receive a shower.Defendant Purnhagen denied plaintiff the service and
claimed that he was ordered not to allow plaintiff out of cell under any
circumstances as per his area supervisor,not even for the sake of providing
plaintiff a shower.Defendant purnhagen said that he would soon summon this
supervisor by phone.Shower cut-off time is at 8:00 p.m. this encounter was
at 5:00 p.m.

6)Defendant Capt.Carter #1092 arrived at the housing unit 1A at apprx 9:15
p.m.Plaintiff asked defendant Carter #1092 if she was aware that plaintiff
hadn't received his services.Defendant Carter #1092 stated that she was indeed
aware that plaintiff did not receive these services as she was forced to
delegate these orders to her officer.Defendant Carter #1092 stated that she
was she was ordered that under no circumstances was she permitted to allow
plaintiff out of his cell under any circumstances as per defendant Warden
Sherma Dunbar.Defendant Carter continued that story that defendant Warden
Sherma Dunbar ordered these measures at the facility roll call and gave
briefing of plaintiff's unit.Plaintiff asked defendant Carter #1092 if she

thought that this statement by approach was legal. In which,defendant Carter stated
that she thought so because we were court ordered lockdown.Plaintiff explained
that his status as Court Ordered Lockdown does not entail such restrictions
therefore that treatment is not justified as locking a detainee in his respectiv
-e cell with no services without referring to that individual's respective
restrictions ordered in one's Court Order is a major violation.Plaintiff
explained that his Supreme Court Justice sets the penological standard for
plaintiff and it is not in the department's jurisdiction,in this instance,to
manipulate plaintiff's status.Plaintiff told defendant Carter #1092 that
his Court Order is to be enforced and not interpreted and most certainly
not abused or manipulated in any way,shape,form, or fashion.plaintiff further
went on to say that plaintiff's status has nothing to do with departmental
behavioral  issues or infractions stemming from said behavior;nor does it
have anything to do with DOC at all,for that matter.Defendant Carter further
maintained a feigned confusion about the ordeal and maintained indifference
to plaintiff sustaining violation of his rights.Plaintiff then tried a last
ditch effort and implored defendant Carter #1092 that would there be anyway,
anyhow plaintiff would receive a shower that night although the cut-off time
had passed.To which defendant Carter #1092 responded,"Yeah,I know you can't
use the phone but I'll try to figure out your shower situation,if we have
time tomorrow.But you'll be alright in the meantime.It ain't like you you're
going anywhere  and it ain't like you can see your bitch on a visit."

7)        On November 4,2020,plaintiff was told by defendant Capt.Benard
Mathis #82 to pack his belongings and be prepared to move out of unit to
another unit in facility.Defendant capt.Benard Mathis #82 informed plaintiff
that he was going to have his security team place plaintiff in enhanced restrain
-ts(cuffs,waist-chains,leg-irons,security mitts).Defendant Benard Mathis
#82 stated that this was pursuant to a Command Level Order that was issued
by defendant Warden Sherma Dunbar

by defendant Warden Sheryna Bonnar.Defendant Benard Mathis told plaintiff
that whether he was in enhanced restraint status or not,plaintiff will move
like this anytime he is in movement in the facility.Plaintiff's classification
does not require such security measures while in movement within facility.
see plaintiff's CMC INFORMATION SHEET.Defendants CO Hickson #5395,CO Reid
#8637,CO Ritter #7994 and CO White #8507 placed plaintiff in enhanced restraints
under the supervision and command of defendant captain Benard Mathis #82
and moved plaintiff to unit #A,cell #12.This cell was also a cell not properly
furnished with the amenities required to accomodate plaintiff's Court Ordered
Lockdown status.This cell was not properly sanitized before plaintiff's designat
-ion to cell;plaintiff beheld fecal matter spread on select areas of the
wall,the sink was covered in mucous and remnants of toothpaste,and the floor
was scattered with food from the leftover trays under the bed in cell.Plaintiff
immediately requested from defendant CO Hickson #5395 that he be permitted
to sanitize cell before stepping into cell.Defendant CO Hickson #5395 then
beheld these conditions and responded,"My captain said you can't do any of
that.You're not even supposed to be out of your cell without cuffs on.You
must be secured first.Right now you can't do none of that shit."Plaintiff
was then placed in cell without being afforded the oppurtunity to sanitize
cell despite these conditions.Plaintiff also realized that this housing unit
also had no mail receptacle or mail"drop-box" for outgoing mail or grievances.

8)     Once plaintiff was in cell and defendants in paragraph (7) departed,
plaintiff asked from the floor officer,defendant CO Drumright #8667,to clean
his cell and shower.Plaintiff described the condition of the cell and also
informed this defendant that he had not showered since the first day of November
2020,to no avail as defendant CO Drumright #8667 stated that he could not
plaintiff out of cell.Plaintiff asked this defendant why was it that he

6

could not let plaintiff out of cell to shower,to which defendant CO Drumright
#8667 told plaintiff,"I want to let you out to shower but my ADW told
me that you guys cannot come out ataall,bro."Plaintiff asked defendant CO
Drumright #8667 why would an ADW say that.To which this defendant responded,"Bro
-ther,nobody knows what is going on.Everyone is just freestyling the freestyle."
This defendant then went on to prepare and serve the lunch meal out of plaintiff
-'s sight and dida't possess a food handling certificate.This was at apprx.
11:15 a.m.

9)        At 2:00 p.m. that day,detainees in housing unit 2A began to
flood their cells and their tiers in outrage that none of the mandated services
had been provided to noone in the housing unit since arrival to facility.ADW
Henry arrived to unit at around 4:30 p.m. despite having been made aware
of the flooding when it initially commenced well over two hours ago,as well
as the reason behind the flooding as it was related to her by defendant
CO Drumright #8667 before his shift was over.Defendant CO Nzeama was the
3-11 post officer that evening and walked into the housing unit flooded
and called defendant ADW Henry to notify her when plaintiff told defendant
CO Nzeama #6774 to call the dep since defendant CO Nzeama #6774 also denied
plaintiff servicing saying that he was told at roll call not to allow anyone
in housing unit out of their cells for anything.Defendant ADW Henry arrived
at plaintiff's cell door and plaintiff began to articulate a litany of grievance
-s regarding the mandated services being violated by the officers and personnel.
Other detainees in the unit also began voicing reflective violations and
concerns to that of plaintiff's.This included showers,law library and attorney
calls.Plaintiff expressed to defendant ADW Henry that he still hadn't showered
since arrival at facility.Defendant ADW Henry responded,"Ya'll ain't getting

shit.Ya'll motherfuckers wanna cloom your germ and
we gon' fix you pieces of shit.Ya'll ain't getting no motherfucking shower;where
the fuck ya'll going?Ya'll miserable motherfuckers could rot and die in them
cells for all I give a fuck!"This plaintiff then told defendant ADW Henry
that if there was absolutely no way that plaintiff's rights and services and
the integrity thereof would be honored and upheld,this plaintiff would be
faced with no other alternative other then to exhaust administrative remedies
and thereby pursue Constitutional Violations claims;to which defendant ADW
Henry responded,"I don't give a fuck-just make sure yyou spell my name right,bit
-ch;H-E-N-R-Y-,got it?A-D-W-,at that,don't forget it."Defendant ADW Henry
then walked off the unit on that note.This violated a host of Minimum Standards
Policies;to wit:

> "MINIMUM STANDARDS POLICY
> § 1-03 PERSONAL HYGIENE
> (b)(1):SHOWERS HOT AND COLD
> SHALL BE MADE AVAILABLE TO
> ALL PRISONERS DAILY"

Also,as plaintiff was denied a razor,this violated the following:
> "MINIMUM STANDARDS POLICY
> § 1-03 PERSONAL HYGIENE
> (c)(1):ALL PRISONERS
> SHALL BE PERMITTED TO
> SHAVE DAILY"

Since law library was also deprived of plaintiff,this violated the following:
> "MINIMUM STANDARDS POLICY
> § 1-08(a):"PRISONERS ARELL BE
> ENTITLED TO ACCESS COURTS,
> ATTORNEYS,LEGAL ASSISTANTS
> AND LEGAL MATERIALS."

Plaintiff also being denied all access to his attorney by defendants named
herein violated;

> "MINIMUM STANDARDS POLICY
> § 1-08(c)(1):PRISONERS
> SHALL NOT BE RESTRICTED
> IN THEIR COMMUNICATION WITH
> ATTORNEYS"

Plaintiff was absolutely restricted in communication with attorney altogether.
For at least a period of fou5 days in consecutive sequence,upon plaintiff's
admission to the George R. Vierno Center,plaintiff was denied the right to
access his attorney by defendants named herein.SEE EXHIBIT A(OCGS RESPONSE
TO PLAINT.

In EXHIBIT A,it shall be proven that defendant Warden Jean H. Rene and defendan
-t Chief of Operations Becky Scott acknowledged and upheld,in their response,
the fact that plaintiff was deprived of his First Amendment and Sixth Amendment
in the form and fashion that plaintiff was denied all access to the telephone
to exercise the aforementione Constitutional Right that is reserved right
of any and all naturalized American citizen,regardless of status as pretrial
detainee.Plaintiff is currently held under the presumption of innocence and
remanded without bail.Defendant Warden Jean H. Rene,in his response to plaintiff
-'s grievance,completely refused to acknowledge the violation of plaintiff's
rights sustained on plaintiff's end,and completely circumvented the issue
in his own language,to make it appear as if his security staff were in no
reasonable culpability and exempt from the mention of wrongdoing or violation
of any sort,due to his staff.Furthermore,plaintiff was also restricticted
in the sense that there were,in accordance with COMMAND LEVEL ORDER 370.20,two
designated and permitted time modules occuring on either the 7-3 p.m. shift
and recurring on the 3:00 p.m.-11:00 p.m. shift,that plaintiff was allowed
to attempt to call his attorney was plaintiff was actually permitted to use
the phone.Thus,this ultimately restricted the freqqency and availibility
that plaintiff may access his attorney.these Minimum Standards are actual
policy.These Policies are drawn up and administered for the sole purpose
of safeguarding and guaranteeing the rights of detainees and ensuring that
the municipal employees under the Department Of Corrections protect these
rights.These employees under DOC are trained and supervised in protecting,among
other things,these rights of detainees;this is the duty in which all personnel
are sworn to.These Policies are set into place to establish and define constitut
-ionality to the conditions under which a detainee is held in custody.

9

THE BOARD OF CORRECTIONS administers these policies to the DEPARTMENT OF
CORRECTIONS.All facilities of the DEPARTMENT OF CORRECTIONS must guarantee
and practice,as a protocol,the institution of Minimum standards,among other
policies set forth by the BOARD OF CORRECTIONS.All personnel must,within
their official capacity,protect every detainee's person,property and rights;as
these standards are administered by the BOARD OF CORRECTIONS and entrusted
into the  DEPARTMENT OF CORRECTIONS to fully carry out,as a duty vested in
their personnel.DOC,is,of course,the employer to the personnel entrusted
to protect the interest of its respective employer.It stands as nothing short
of DERELICTION OF DUTY and BREACH OF DUTY for any municipal employee of the
DEPARTMENT OF CORRECTIONS TO KNOWINGLY AND CONSCIENTIOUSLY,WITHIN THEIR INDIVIDU
-AL CAPACITY,DEVIATE THE COURSE OF ACTION DEFENDANTS NAMED HEREIN ARE TRAINED
AS OFFICIALS TO EXECUTE.For any employee of DOC to knowingly violate a detainee'
rights on the Constitutional basis,as well as their very own Policies,in
the same vein,because of a custom policy and/or unlawful order(and since
DOC personnel are intimately familiar with the obligation of duty it is to
protect said rights)it clearly translates breach of duty;as well as failure
to supervise on the behalf of the defendants named herein whom are within
capacity of vested ranking within the department,whom are sworn to supervise
and exercise authority over the executioners of these violations alleged
herein;or are,themselves,the perpetrators of these violations,under the guise
of orders from "higher-ups".In this inparticular instance,and those in the
furtherance of this motion,which shall be chronicled and fully described,breach
of duty,failure to train,and supervise,deliberate indifference will all be
established,as it is herein.Moreover,the manner in which these named defendants
purposely and intentionally divested plaintiff of his rights is clearly cruel
and unusual punishment as plaintiff is subjected to punitive segregation
under the order's of Dunbar,Warden of GRVC,defendant named herein.As well
as other perpetual violations that have so far been shown and will repeat

as described in this instance,and will be seen throughout,was malicious

and at times (it will be proven)to be retaliatory in primary nature.This

is absolutely manifest of deliberate indifference.The Command Level Order

(CLO) that defendant ADW henry and defendant DWS Jonelle Shivraj enforced

at the whim of defendant Warden Sherma Dunbar is in explicit and brazen

violation of plaintiff's First Amendment as the CLO explicitly impedes

plaintiff from calling and/or writing his attorney;as it mitigates plaintiff's

accessibility and frequency in contacting his attorney via telephone and

divests plaintiff of his right to contact attorney completely via correspondence

despite this plaintiff's official judicial Supreme Court order from Supreme

Court magistrate which never lodge any restrictions on plaintiff censoring

his correspondence with his own lawyer For DOC to pervert that order and

do so knowing the order does not require that restriction that is an illegal

practice within itself and is indubitably a Sixth and First Amendment

violation.In addition,defendant ADW Henry stated that the CLO requires

the security team of GRVC to take plaintiff's mail if he attempts to send

anything out,this is being required by staff without a warrant from the

court.thus,also creating a Fourth Amendment violation,as this is illegal

seizure of legal and privileged mail.It must be noted that all named defendants

have all liberty to provide plaintiff with all the aforementioned services

that were denied herein.Nevertheless,defendants imposed total deprivation

of said services,most bare and essential,arbitrarily and capriciously,within

their own individual capacity,and at their own volition and did so in

full awareness that these actions were in violation their own Policies

and plaintiff's Constitutional Rights.This clearly establishes deliberate

indifference,brach of duty,creating and maintaining a custom policy,and

failure to train and supervise;also,these violations are all in some respect

Constitutional Rights.

Case 1:25-cv-01680-RA Document 2 Filed 02/28/21 Page 46 of 60 Dunbar

entered the unit in the company of defendant ADW Henry and defendant ADW
Greene,Defendant ADW Henry said,"The motherfucker is in 12 cell,big Sherm."addre
-ssing defendant Warden Sherma Dunbar(NOTE[big sherm]seems to be the informal
moniker of defendant Sherma Dunbar).Defendant warden Sherma Dunbar went
to plaintiff's cell and ordered the bubble(control center)officer to"open
12 cell!"Plaintiff's cell door opened up and defendant Warden Sherma Dunbar
then immediately stepped into plaintiff's cell,off-camera and proceeded
to grab plaintiff by the shirt while defendant ADW Henry and defendant
ADW Greene stood outside of the cell.Defendant warden Sherma Dunbar then
told plaintiff,"You keep crying to my Deputy about a shower and you will
never wash your ass in my jail as long as you are here in my jail."Defendant
Sherma Dunbar continued,maintaining a hold on plaintiff's shirt,"I run
this motherfucker!I know you know my name,I KNOW you heard of me:my name
is Dunbar and this building is all mine,and so are you.You are my property
and my paycheck.That litigation that you threatened my little sister Henry
with can't touch me.I'm backed and endorsed by every Chief in this Department
from Scott to Jennings herself,and so is my ladies and my security team.
My security team will make sure you send out no mail since you wanna litigate.WE
will control what and who goes in and out of this unit.Now,you will shower
three times a week.I don't give a fuck about how much of this minimum
standard bullshit you keep talking about.Get it through your head:I ANSWER
TO NO ONE!!I set the standard in GRVC-can't nobody tell me shit.I done
been sued before and i'm still here.A nigga done escaped out of this jail
while I was Warden here,I'm still here.You see me in the flesh and i ain't
going anywhere.Understand this:these ladies that stand around me,my security
team and them,they'll lose their jobs before they turn against me,especially
my boy Mathis,My homegirl Owens lost her job for me but I'm still standing.
I can't be touched,"Defendant Warden Sherma Dunbar then called for defendant
ADW Greene

ADW greene to come in over her PA that understandant warden Sherma Dumber was
alone in with plaintiff,"We've been working together for six years;we've
been getting away with murder those last six years so I wanna know:have
you ever gotten into any trouble for me or following my orders?"Defendant
ADW Greene responded,"No,ma'am."Defendant Wasden Sherma Dunbar exclaimed,"Exactl
-ly!I do what I want because I can."Defendant Warden Sherma Dunbar then
ordered the plaintiff out of cell and then ordered the plaintiff to the
showerwhen plaintiff hesitated,defendant Warden Sherma Dunbar then struck
plaintiff in the face with an open hand.plaintiff then proceeded out of
cell and stepped out of the cell where plaintiff was alone with defendant
and proceeded to the shower area.Defendant CO Nzeama #6774 opened the
shower cage for plaintiff and told plaiontiff to hurry up and shower.
Defendant Sherma Dunbar stood by laughing with defendants ADW Greene and
ADW Henry and told plaintiff,"And,for the record,when I do decide to allow
you to call your lawyer you can tell him all about this and what I did...but
remember:this is my jail,my team handles your phone calls and anything
that is said on these phones gets right back to me so good luck with that."
Defendant Warden Sherma Dunbar and defendant ADW Henry and defendant ADW
Greene then left unit.Note:Defendant warden Sherma Dunbar is not confirmed
to have biological relation to ADW Henry.Also,Defendant capt. Benard Mathis
was also the security captain in the Manhattan Detention Complex and was
demoted for several departmental charges and even an arrest for operating
a vehicle while intoxicated and armed with his service weapon.Defendant
Benard Mathis was moved and commanded to GRVC where he made captain again
in less than a year,after being arrested.

11)        At around 6:30 p.m. dinner was served and prepared by defendant
CO Nzeama #6774 who told plaintiff that he had to portion plaintiff's
food in reduced ration because defendant Warden Sherma Dunbar told him
to do that for flooding the tier.

CO Ramirez #15685 if he can be afforded recreation,his daily shower,a
razor and his phone call to his attorney.Defendant CO Ramirez said he
could not provide none of the aforementioned services since defendant
stated that when he assumedg post within housing unit,he was briefed before
stepping in that plaintiff was not to be let out of cell for anything
at all.Defendant CO Ramirez #15685 told plaintiff that this was per the"Command
Level Order 370.20"See page 27 in housing unit 2A logbook on November
5, 2020


13)      At around 10:35 a.m. defendant capt.Blake #89 toured the housing
unit on the same day of November 5, 2020 and stopped at plaintiff's cell
door and plaintiff asked if he could receive the services that he had
asked defendant CO Ramirez for and was denied.This included a razor,shower,and
phone call to his attorney.Defendant Blake #89 said,"It is pat the razor
cut-off time and as far as the rec goes we don't have any rec staff here
today;Now as for your shower,you are only eligible for a shower three
times a week.This is pursuant to a Command Level Order that,to my understanding,
is what governs you guys."Defendant Blake continued,"Dunbar let you out
last night so you won't be getting extra showers on my watch."Defendant
Blake #89 then told defendant Ramirez as he walked away from plaintiff's
cell,"The Command Level Order is the government for this unit.Do not let
these animals out of the cell unless a captain is present and if a captain
is not available then fuck them."This defendant used the Command level
Order to substaniate his reason for violating plaintiff's rights and mandated
services.


14)      During lunch meal preparation,defendant ramirez #15685 was
asked if he possessed a food handling certificate To which defendant acknowledge
-d that he didi

#15685 then stated that he would notify the ADW of the day on the matter
since he did not feel comfortable doinganything that was against Policy.
Defendant ADW Henry then arrived at the unit after being called by defendant
Ramirez #15685 over the phone,and ADW Henry asked CO Ramirez what seemed
to be the problem.Defendant CO Ramirez #15685 then began to explain to
the defendant ADW Henry that there was no way that he was supposed to hand
out the food without possessing the necessary credentials,he further expressed
to defendant ADW Henry that the detainees in the housing unit were well
aware of the Directives and did not want to be written up.To which defendant
ADW Henry grew visibly upset with defendant CO Ramirez,answered to that,"Officer
Ramirez,I am giving you a direct order:You will give out the food,do you
understand?If these animals want to question your credentials then they
can all starve-who gives a fuck?"Defendant ADW Henry then continued,"Are
you serious?It is us against them.Don't you ever question an order from
your superior rank."Defendant Ramirez then apologized but went on to state
that the pantry had not been sanitized and did not want to serve or prepare
food in an unsanitized area,especially sincer it would be deemed a health
hazard given the COVID-19 pandemic.Defendant ADW henry then stated to defendant
CO Ramirez #15685,"You ain't the one that has to eat that garbage so what
the fuck....why are we having this conversation,officer?"Defendant ADW
Henry then departed the unit on that note.At around 11:30 a.m. Defendant
CO Ramirez #15685 prepared food out of detainees' and pladintiff's sight
and served these trays while knowing that he was not informed by and in
possession of food handlin credentials in accordance with the directives.

15)        Defendant ADW Henry then returned to unit and plaintiff stopped
defendant ADW Henry and asked for his phone call to attorney and defendant
ADW Henry responded that she would try to provide plaintiff with a phone
call since the Command level

call since the attorney.Plaintiff
asked defendant CO Vasquez #18636,whom was present at the time,for a shower
and defendant CO Vasquez #18636 responded,"Bro,you know that I can't step
on my dep's toes like that(referring to ADW Henry)but this shit they are
doing to ya'll is wrong I do know that..."Defendant Vasquez #18636 then
looked at defendant ADW henry to see if she was in earshot and said to
plaintiff in a low tone,"Make sure you document all of this."and walked
off while saying,"I don't understand why they act as if they don't know
how to give any detainee a simple shower,I never seen any group of guys
get treated like that." Defendant CO Vasquez then said,"but I can't let
you out."At this time defendant ADW Henry heard the reply of defendant
CO Vasquez to plaintiff and came to plaintiff's cell and asked plaintiff
if he had an issue with anything.plaintiff then asked if he could pleas
shower and implored defendant ADW Henry to allow him to receive his services
to which defendant ADW Henry then grew irate  and angry at plaintiff's
humble request and shouted,"FOR THE LAST TIME:YOU WILL GET THREE SHOWERS
A WEEK AND THAT IS PER MY WARDEN*S COMMAND LEVEL ORDER 370.20!!STOP ASKING
ALREADY!"Plaintiff then  cited Minimum Standards § 1-03 Personal Hygiene
£b}(1) on the shower provision that the CLO 370.20 entailed and tried
to quell  this defendant's apparent confusion on an individual's mandated
services,hoping it would show the defendant's staff and defendant that
they were all consciously doing something wrong.Defendant ADW Henry then
stated,"Dunbar's Command Level Order overrides all that Board Of Correctioins
bullshit.In Dunbar's jail we do what we want.Can't no crackers in suits
that never walked the corridors or worked a house in any jail tell us
how to run our shit.So you can take that paperwork and shove it up your
ass."Defendant CO Ramirez then came toward defendant ADW Henry and defendant
ADW Henry then told defendant Co ramirez #15685,"Do not call me over the
air about these pieces of shit again.You know the drill that Command Level
Order is what governs these motherfuckers.What Dunbar says is LAW!If you
were smart

were smart you would follow tthat CLO to the 'T'.That CLO 370.20 that you have is all you need when it comes to them,do you understand?"Defendant CO Ramirez #15685 put his head down and said,"Yes,ma'am.it won't happen again,dep."Defendant ADW Henry left post on that note.

16)      On November 5, 2020,at apprx. 4:45 p.m. that day,plaintiff requested to use tthe phone and to shower,not being discouraged by past denials.Defendant Ramirez #15685 denied plaintiff his right to to access his attorney,violating plaintiff's Sixth Amendment right,citing the CLO 370.20.Plaintiff then asked for a shower and defendant Ramirez,also citing the CLO 370.20 said,"A captain must be present per CLO 370.20!"A captain did not tour until  well after 9:00 p.m. while the shower cut-off time is 8:00 p.m.The dinner meal was also served and prepared by defendant CO Ramirez #15685.

17)      At around 6:00 p.m.,that same date of November 5, 2020,defendaht CO Edmund #10909 assumed the B-post on unit to provide defendant CO Ramirez #15685 a meal relief;for defendant CO Ramirez.had not received one through his tour.plaintiff then asked defendant CO Edmund #10909 if he may be allowed to shower.Defendant CO Edmund #10909 then responded that he was only on tour to conduct a meal relief and that due to the Command Level Order and the information he was briefed on before assuming post on unit, that he could not allow anyone out of the cell.Thus,depriving plaintiff of shower as well.

18)      Defendant CO Ramirez #15685 then reassumed post apprx thirty minutes later and announced that he had in his possession commissary sheets for plaintiff and all other detainees in the unit but that he could not hand them out due to the CLO 370.20.Defendant CO Ramirez then said that

/6

he could not pass them so plaintiff would have to tell him what plaintiff

would like to order and he would fill it out for plaintiff.Defendant CO

Ramirez #15685 then began to read the permissable items as follows:
c                              1)Deodorant
                               2)shower slippers
                               3)Stamps/envelopes
                               4)Pens

There were no writing pads,hygiene products,or food,nor were ther any

batteries for plaintiff's radio.This selection of commisary products were

not because of limited stock.These commissary sheets were specifically

designated for the housing unit that plaintiff was located,2A.Plaintiff

asked defendant CO Ramirez #15685 why did there exist a restriction as

such on plaintiff's commissary sheet?since there existed no restriction

on plaintiff's court order.Plaintiff also asserted that he was not in

punitive segregation nor enhanced supervision housing.defendant Ramirez

#15685 then responded that commissary is programs and therefore is run

by the Deputy Warden for Programs,Defendant Tiffany Morales;the commissary

officers were supposedly just following orders.Defendant CO Ramirez #15685

then told plaintiff that Per Command level Order 370.20 this commissary

selection was all that was allowed to plaintiff.Plaintiff's entire time

under Court Ordered Lockdown status,(Rendered by the Queens Supreme Court

on August 11, 2020)plaintiff was never subject to a commissary restriction

as it was never required by plaintiff's Supreme Court Justice.There never

existed a restriction per plaintiff's Supreme Court Order barring him

from purchasing commissary items such as food and other items like hygiene

products and other accessories.plaintiff's entire stay at the Manhattan

Detention Complex plaintiff was allowed the same commissary items as all

other detainees in population.This commissary selection deprived plaintiff

of even the most fundamental of hygiene products,such as soap and toothpaste,

and even writing pads.Despite the fact that plaintiff had none of the ale

retsrictions mentionrd herein,plaintiff's entire status and restrictions

had been changed due to this Command  L

17

had been effectively altered without due process by correction officials,all
defendants named herein,as plaintiff had been subjected to twenty-three
amd one solitary confinement without the mandated amenities and furnishings
as had been provided in the Manhattan Detention Complex that plaintiff
had been placed due to his Court Ordered lockdown status,such as television,
a typewriter and recreation with recreation equipment;this is to accomodate
plaintiff's status as a Court ordered lockdown and at the same token not
tread or transgressa the plaintiff's placement in Court ordered Lockdown.
As to be interpreted into punitive segregation,correctional officials
named herein perverted plaintiff's classification purposely and fully
aware of their actions as defendant Warden Sherma Dunbar had been the
warden of MDC and this had not occured while plaintiff had resided at
MDC for his Court Ordered Lockdown placement,as MDC was the only facility
in NYCDOC to have a Court Ordered Lockdown unit,with all the accomodations
designed and installed to strictly not allow the plaintiff's rights to
be infringed on,even by default and not by any molestation or perversion
of plaintiff's status due to inadequate accomodation or just plaintiff's
status being unfamiliar to that of personellPlaintiff's Eighth and Fourteenth
Amendments were effectively violated  as plaintiff should and is not to
be placed in any setting that is slightly nor remotely remnant or parallel
to that of a punitive segregation despite the Court's requirement of twenty-
three and one confinement.The amenities of a television and the et  ceteras
effectively take any punitive element out of the placement in said housing.
Moreover,the New York State Bar Association Committee on Civil Rights
to the House of Delegates,solitary Confinement in New York State,Approved
by the House of Delegates detailed this on January 25, 2013.this is what
eradicated twenty-three and one confinement on Riker's Island.As it had
been proven that said confinement with no amenities served no legitamate
penological interest and objective,it only serves to aggravate the very
condition it seeks to alleviate

18

condition it seeks to alleviate.Plaintiff's First Amendment rights were also effectively violated as plaintiff was not allowed to purchase writing paper thereby hindering plaintiff from petitioning the Government for the redress of grievances against the Department of Corrections(named defendants).As plaintiff was also being deprived of speaking and consulting with his attorney in regard to marshalling his defense,this impeded plaintiff from doing so,as the named defendants herein have suppessed plaintiff's rights protected under the Sixth Amendment to his right to counsel.SEE EXHIBIT B(COMMISSARY SHEET OF 2A) AND EXHIBIT C(NYSBA REPORT TO HOUSE OF DELEGATES)

19)        On November 6, 2020,at apprx. 9:30 a.m.,plaintiff requested his respective mandated services.Specifically,requesting a shower,razor,law library,and recreation.Defendant CO Ramirez #15685 denied plaintiffthese services under the Command level Order 370.20 Plaintiff responded that there was no way that defendant could not be aware of what Minimum Standards was and that he was also unaware that Minimum Standards were being violated along with plaintiff's rights.Defendant ramirez #15685 then responded,"What do you want me to do?This is the Command level Order 370.20 from Warden Dunbar."Plaintiff insisted that regardless of his excuse that defendant knew he was wrong and guilty of violating plaintiff as he continued to practice the Command Level Order.Plaintiff also further assured defendant CO Ramirez that he would most definitely be named in plaintiff's litigation against the City Of New York,as plaintiff explained that he did not have to follow an unlawful order.Defendant CO Ramirez claimed to be aware of the wrondoing and wanted no function in the situation yet was"afraid" of defendant Waedeh Sherma Dunbar.Defendant then began to appear overwhelmed

at imposing what punishment he imposed. Defendant Ramirez retrieved
the CLO 370.20 from the 2A logbook and brought it to plaintiff's cell
door and showed the Command level order to plaintiff.Plaintiff immediately
took notice the fact that the Comand level order 370.20 did not bear any
signature of any Policymaker on it and immediately pointed this out to
defendant Ramirez,whom acknowledged this and claimed to have been aware
of this since the day before,on november 5, 2020.Yet and still,defendant
CO Ramirez dehied plaintiff his services under the same Command level
Order 370.20 being honored as law by defendants named herein.NOTE:THE
CLO 370.20 WAS NOT SIGNED BY THE WARDEN,CHIEF,NOR A DEPUTY WARDEN.A CLO
IS NOT A POLICY.IN ALL ACTUALITY,THE COMMAND LEVEL ORDER,IN THIS INSTANCE,
VIOLATES MINIMUM STANDARDS WHICH IS ACTUAL POLICY INDEED.


20)        On November 6, 2020,at apprx. 10:30 a.m.,defendant captain
Carter #1092 stated that she was told by security not to go to housing
unit 2A and was not at  all aware of what kind of unit 2A was as she had
not been briefed of the specifications of this unit.Defendant Carter #1092
further maintained that she was unaware that she was needed for plaintiff
to receive his services as per Command Level order 370.20;defendant carter
#1092 said this once plaintiff asked her why had she not appeared  on
unit earlier since she was the area captain.plaintiff also explained to
defendant capt. Carter #1092 that he had not showered but one time in
the fullness of four days,since arriving at GRVC,as well as not being
permitted to call his attorney in four consecutive days.Plaintiff notified
defendant Carter #1092 that since their last encounter,plaintiff had not
received none of these services.Defendant Carter #1092 then ordered plaintiff's

cell to be opened.Defendant carter #1092 then said,"I'm going to do you a favor and get you in the shower because every time i see you you are complaoining about something you are not getting."This defendant trivialized plaintiff's legitimized gripe in manner and in remedial means of granting plaintiff a mandateddservice that is due plaintiff,by law and policy.Defendant Carter #1092 then,in this instance,classified plaintiff's minimum standard to a "favor".Such a disposition as described herein,from an entrusted municipal employee/peace officer is one of callous disregard and brazen disregard,dehumanizing of plaintiff's being;done so in a systemic fashion,as is shown here,biased against plaintiff for his status as a detainee awaiting trial under the presumption of innocence.In many ways,this kind of prejudice may be assessed as discrimination(undertoned with classism)against plaintiff; of which plaintiff is supposed to be protected from as well.Nevertheless,the protectors of plaintiff's rights are,in this instance,the perpetrators themselves themselves.Defendant carter #1092 described providing something as essential,and most importantly,a service that is within her capacity as a correction captain to guarantee,something like a "favor".Plaintiff stepped out of cell and demanded to speak to an official of the DOC of higher rank to rectify this issue in longevity and not in the immediate placation to quell plaintiff's gripes and unrest at the protracted struggle plaintiff is having with the facility every day so far without failure.Defendant Carter #1092 then stated,"Look this is not something I'm in the mood to deal with.just take your shower and we will look into fixing these issues but I won't make any promises.Just don't do this on my tour.That's all I care about."plaintiff then stated,"There is thirty-million dollars in personnel in DOC aand you are still unsure on the procedures and policies that are spelled out for you all in regards to providing the most bare minimum standards.You and your colleagues have by far succeeded in suppressing my access to my attorney and the law libraryYou are all acting within

the capacity as Agents of repression.I am entitled,by law,regaardless

of my status as an accused citizen,the right to access my attorney and

the Courts,specifically the Government.There is this Command level Order

that everyone is enforcing with their careers invested into it,it seems,that

is barring me from accessing my attorney and my supreme Court Judge did

not impose none of these kinds of restrictions,and frankly,the judge couldn't

 do it if he wanted to  because these are Constitutional Rights that are

being infringed on....so tell me,how didiit come to you all thbt as mere

corrections personnel,you can impose these restrictions?You all really

feel that in this country,in today's time that you can really get away

with this,when a judge couldn't get away with this.My judge did not put

me on a shower restriction,the judge did not order me to be placed on

enhanced restraint status-none of this until I came to this jail.You placed

me in a cell that automatically puts me in punoitive segregation without

Due Process,or infractions,not even a T.V.,no typewriter,rec,phone calls...not

even in the box do you have so much restrictions.You are all operating

off of a Command Level Order that is not signed and definitely illegal,for

that matter,as the provisions are in explicit violation of my Constitutional

Rights and worse than that of punitive segregation.So if this is where

i am and what this is then that means that my Due Process has been violated

by this facility because my status cannot be changed because of my Suprme

Court Order.With that said,I would like to speak with an ADW or higher

since you are simply unable to fix my situation."Defendant Carter #1092

responded to plaintiff stating his grievances by dispatching the probe

team.the probe team is the facility response team that is typically dispatched

for high-intensity situations where there id or may be a use of force,

or force is necessary to be utilized in order to quell the situation.A
matter as the one plaintiff created by demanding to speak to a higher
officer is not the scenario where a probe team is remotely necessary.
Plaintiff never became threatening in manner,words or gesture;not towardd
anyone nor defendant Carter #1092 in any form.Defendant carter #1092 dispatched
the probe team solely due to the fact that plaintiff was grieving his
issues and requesting to go up the rank since defendant Carter clearly hadn't
had the proper vested authority to amend a situation that was above her
pay grade.Plaintiff implored for someone of higher authority over the
situation to assist in the protracted and organized deprivation of deprivation
of services and violations plaintiff had sustained under the custody and
control of GRVC staff.Defendant's actions were clearly malicious and retaliatory
in nature and absolutely disprportionate to suit the situation and her
response.At this time,the probe team responded to the unit.this defendant
Carter #1092 left the unit as the probe team entered the housing unit.
This team was led by defendant captain Islam #1743.Probe team surrounded
the plaintiff and plaintiff reiterated all of the aforementioned grievances
and probe team continued to advance on plaintiff as if they intended to
utilize force on plaintiff and plaintiff then took off all his clothes
and stood naked in front of probe team.Defendant islam #1743  tried one
last time to threaten plaintiff with the utilization of force if he did
not go into his cell.plaintiff refused to move.defendant islam #1743 assessed
that he could not order a use of force since plaintiff was completely naked
and ordered his team to abate themselves.as probe team abated and exited
the unit,defendant warden Sherma Dunbar entered the housing unit 2A flanked
by defendants captain Ballah #1219,CO Harris #17399,CO Ritter #7994,CO
Young #12268,the security team.defendant Sherma Dunbar ordered her team

to back from plaintiff-cell 1800-Realized completely undressed
and on camera this time.Defendant Warden Sherma Dunbar then initiated an
alternative approach.At this time defendant Warden Sherma Dunbar intiated
ibterpersonal communication skills.Defendant Wardee Sherma Dunbar  then said
to her team,"Back up off him.I need to speak to the youngin' alone..."once
defendant Warden Dunbar's team was out of earshot,Defndant warden Sherma
Dunbar stated to plaintiff,in a hushed tone,"What are you trying to do pulling
a stupid stunt on me like this?Get dressed right now."plaintiff put on his
underwear.Defendant warden Sherma Dunbar continued,"You are just bringing
heat to my jail andf I dont need that outside investigation in my jail.I
got a good thing going on and I cannot allow you to fuck up and come in between
me and my girl Scott's operation.What are you 24,25?I've been doing this
a long time before you were even thought of.I've been getting away with alot
of shit,you know that.I been bit alot of bullets for the higher-ups on my
way up and they got me and as it stands today,you are my paycheck and DOC
is my playground.I'm eating by having you and thee others in this house in
my jail.So let me tell you what:I'll try to see to it that you get your services
but just not as much as you'd like to.Ya'll gotta feel it because your man
Williams sued my homegirl Harvey and my sister Rivera from Manhattan,he even
sued my best man Mathis and made a bunch of peopple in the Boulevard building
hot so ya'll gotta feel it.Just roll wèth the punches and keep it cool and
I'll try to do my best to help,when I can.Now,get dressed and get in the
shower and by the time you get back out the shower I'll have my team up here
to provide you your call to your attorney."plaintiff asked defendant Warden
Sherma Dunbar if any of this treatment was tied to another inmate as she
had referenced or if it had anything to do with the Command Level Order 370.20
to which defendant warden Sherma Dunbar responded,"How do you know about
that?That doesn't exist now go ahead before I change my mind about the phone
and shower."Defendant Sherma Dunbar continued,"Now, make me look good on

camera because case knew the off  Document 2ng Filed.02/03/21 Page 60 of 60RDEN SHERMA DUNBAR REFERENCED ANOTHR DETAINEE"S NAME WHO  IS A CURRENT PLAINTIFF IN CIVIL LITIGATION WITH THE SOUTHERN DISTRICT OF NEW YORK AGAINST THE CITY OF NEW YORK,IN WHICH SEVERAL OF DEFENDANT SHERMA DUNBAR*S CO-WORKERS AND AFFILIATES HAD BEEN NAMED.THESE WERE HER AFFILIATES AS ESTABLISHED IN DEFENDANT WARDEN SHERMA DUNBAR"S TENURE AS ACTING WARDEN OF THE MANHATTEN DETENTION COMPLEX. THE MENTION OF A ONE "RIVERA"IS THAT OF DEPUTY WARDEN FOR SECURITY ELYN RIVERA AAND THE MENTION OF A ONE"HARVEY"IS THAT OF ADW SONYA HARVEY,BOTH OF MDC.THE MENTION OF A ONE "MATHIS"IS THAT OF DEFENDANT NAMED HEREIN,BENARD MATHIS #82.THE DOCKET NUMBER FOR THESE CASES IN THE SOUTHERN DISTRICT IS 19-cv-3347 DEFENDANT BENARD MATHIS #82 WAS ONCE EMPLOYED AS A SECURITY CAPTAIN AT MDC COMMAND BEFORE BEING TRANSFERRED TO GRVC,ALSO AS A SECURITY CAPTAIN,JOINOOG THE MOB-STYLE ADMINISTRATION OF DEFENDANT WARDEN SHERMA DUNBAR ONCE AGAIN.THE DETAINEE WHOM DEFENDANT WARDEN SHERMA DUNBAR MENTIONED IS ALSO DESIGNATED UNDER COURT ORDER LOCKDOWN STATUS WITH PLAINTIFF.THIS DETAINEE HAS BROUGHT FEDERAL LITIGATION AGAINST THE AFOREMENTIONED PERSONNEL.ALL OF WHOM HAPPEN TO BE THE CLOSE AFFILIATES OF DEFENDANT WARDEN SHERMA DUNBAR AND MADE CLEAR HER PERSONAL:RELATIONSHIPS WITH THESE NAMED INDIVIDUALS.ALL OF WHICH IS ENTIRELY INCONSEQUENTIAL TO PLAINTIFF"S BEING.YET DEFENDANT WARDEN SHERMA DUNBAR REVEALED HER INTENTION IN EXACTING RETALIATION AGAINST THE ENTIRE UNIT OF DETAINEES AS A WHOLE DUE SOLELY TO CIVIL LITIGATIONS AGAINST THE CITY NOF NEW YORK*S MUNICIPAL EMPLOYEES AND HER PERSONAL COMPANIONS.

21)Defendant CO Hickson #5395 provided phone call to his attorney.Defendant Co Hickson provided the phone call and stood directly out of  plaintiff's door and listened to plaintiff's conversation with attorney.Plaintiff observed defendant CO Hickson #5395 make a comment onplaintiff's conversation with attorney to defendant CO McNeil #12557.This occured at around 12:00 noon

22)On November 7, 2020,at apprx 8:00 a.mo,plaintiff requested from post officer defendant CO Adamczyk #12359 a shower,razor,law library and to see if social