UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIEL FLORES,

                      Plaintiff,

          v.

CITY OF NEW YORK, *et al.*,

                      Defendants.

21-CV-1680 (RA)

ORDER OF SERVICE

RONNIE ABRAMS, United States District Judge:

Plaintiff, currently detained in the George R. Vierno Center (GRVC) on Rikers Island, brings this *pro se* action under 42 U.S.C. § 1983, alleging that Defendants violated his constitutional rights. By order dated March 11, 2021, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* (IFP).[1] *See* Dkt. 4.

## DISCUSSION

The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that the following Defendants waive service of summons:

- City of New York;

- Commissioner of the Department of Correction (DOC) Cynthia Brann, DOC Chief Hazel Jennings, DOC General Counsel Heidi Grossman, DOC Division Chief Becky Scott, and DOC Chief of Staff Brenda Cooke;

- GRVC Wardens Sherma Dunbar, Jean Rene, Tiffany Morales, Joanne Matos, and Assistant Deputy Wardens LaCroix (Shield #1361), Carter (Shield #94), Greene (Shield

---

[1] Prisoner-plaintiffs are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

#1368), Charles (Shield #138), Flemming (Shield #1075), Henry, Phillips, Vasquez, Blair, Wilkins, and Louis;

- Security Chief Kenneth Stukes, Deputy Warden of Security Jonnel Shivraj, Security Captains Mathis (Shield #82), and Ballah (Shield #1219);

- Captains Vallejo (Shield #924), Smith (Shield #1222), Peters (Shield #423), Blake (Shield #89), Islam (Shield #1743), Carter (Shield #1092), Palmer-Campbell (Shield #267), Moodie (Shield #593), Law (Shield #85), Parris (Shield #1784), Arias (Shield #1861), L'Oiseau (Shield #1898), Jones (Shield #693), Charles (Shield #1706), Montenegro (Shield #13298), Subervi (Shield #1064), Camacho, and Farrow;

- Operations Security Intelligence Unit Officers DeJesus and White; and

- Correction Officers Taylor (Shield #8644), Ritter (Shield #7994), Hickson (Shield #5395), Adamczyk (Shield #12359), Young (Shield #12268), White (Shield #8507), McNeil (Shield #12557), Dychese (Shield #14003), Reid (Shield #8637), Edmund (Shield #10909), Sherma (Shield #13535), Quinnones (Shield #2315), Lawrence (Shield #10351), Drumwright (Shield #8667), Day (Shield #5761), Ramirez (Shield #15685), Rodriguez (Shield #9665), Pierce (Shield #15102), Nzeama (Shield #6774), Harris (Shield #17399), Oxley (Shield #1711), Humphries (Shield #4883), Humphries (Shield #13844), Smith (Shield #1753), Smith (#1650), Williams (Shield #3906), Vasquez (Shield #11590), Vasquez (Shield #18636), Castro (Shield #11930), Likoua (Shield #19071), Darbeau (Shield #4193), Purnhagen, Peay (Shield #18810), Guzman (Shield #5602), Feliz (Shield #17854), Benitez, and Liu.

## CONCLUSION

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Defendants listed above waive service of summons.

SO ORDERED.

Dated:   March 22, 2021
        New York, New York

RONNIE ABRAMS
United States District Judge