USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALEXANDER WILLIAMS, JR.

                          Plaintiff,

           -against-

CITY OF NEW YORK, et al.,

                          Defendants.

-----------------------------------------------------------------X
-----------------------------------------------------------------X

GABRIEL FLORES,

                          Plaintiff,

           -against-

CITY OF NEW YORK, et al.,

                          Defendants.

-----------------------------------------------------------------X

**ORDER**

21-CV-1083 (JPC) (KHP)

21-CV-1680 (RA) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The Court respectfully requests that the Clerk of Court mark the above-captioned cases (1:21-CV-1083 & 1:21-CV-1680) as related.

**SO ORDERED.**

DATED:    May 6, 2021
                New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge