USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GABRIEL FLORES,<br><br>      Plaintiff,<br><br>-against-<br><br> CITY OF NEW YORK, et al.,<br><br>      Defendants. | **1:21-CV-1680 (PGG) (KHP)**<br><br>**ORDER SCHEDULING CASE**<br>**MANAGEMENT CONFERENCE** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      As directed at the July 1, 2021 case management conference in the above-referenced case, Plaintiff should file his Amended Complaint with the Court by no later than **July 30, 2021**. Further, a telephonic Case Management Conference in this matter is hereby scheduled for **Tuesday, August 3, 2021 at 12:00 p.m.**

      It is hereby **ORDERED** that the Warden or other official in charge of the George R. Vierno Center Correctional Facility produce plaintiff **Gabriel Flores., NYSID #09917423Y/B&C# 4411905826,** on **August 3, 2021, no later than 12:00 p.m.,** to a suitable location within the George R. Vierno Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234.

      Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the George R. Vierno Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) telephone Judge Parker's teleconference line at **(866) 434-5269, Access code: 4858267**, with the plaintiff

on the line, at the time and date of the conference.

**The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

Dated: July 1, 2021
      New York, New York

                                        **SO ORDERED**.

                                        **KATHARINE H. PARKER**
                                        **United States Magistrate Judge**