USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GABRIEL FLORES,<br><br>    Plaintiff,<br><br>-against-<br><br> CITY OF NEW YORK, et al.,<br><br>    Defendants. | 1:21-CV-1680 (PGG) (KHP)<br><br>**ORDER** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

Defendants are directed to serve Plaintiff its Motion to Dismiss filed on November 8, 2021 (ECF Nos. 35-36) at Plaintiff's new address (*see* ECF No. 37) via mail by December 7, 2021 and shall also file an affidavit of service with the court.  Given this delay and Plaintiff's request for an extension, Plaintiff shall have until February 7, 2022 to file his opposition.  Defendants' reply, if any, shall be due by February 21, 2022.

**The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

Dated: December 1, 2021
       New York, New York

SO ORDERED.

_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**