```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIEL FLORES,

       Plaintiff,

-against-

CITY OF NEW YORK, et al.,

       Defendants.

1:21-CV-1680 (PGG) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    The Court having been notified that its order extending Plaintiff's time to oppose Defendants' motion to dismiss (ECF No. 43) was not sent to Plaintiff, the Court grants him an additional extension. Plaintiff's response shall be filed by Wednesday, May 25, 2022. Defendants shall file their reply by Wednesday, June 8, 2022.

    **The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

Dated: April 25, 2022
       New York, New York

                                     SO ORDERED.

                                   */s/ Katharine H. Parker*

                                   **KATHARINE H. PARKER**
                                   **United States Magistrate Judge**