```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GABRIEL FLORES,                                            :

                              Plaintiff,                   :
                                                                    21-CV-1680 (PGG) (KHP)
              v.                                           :
                                                                          ORDER
CITY OF NEW YORK, et al.,                                  :

                              Defendants.                  :
-----------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On July 8, 2022, individual Defendants who waived service joined the pending motion to dismiss the Second Amended Complaint. (ECF No. 69). No later than July 25, 2022, Plaintiff shall serve and file his response to the motion. Any reply may be filed no later than seven days after the service of the Plaintiff's response.

**The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

Dated: July 11, 2022

      New York, New York          SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge