USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

GABRIEL FLORES,  :

              Plaintiff,  :

              v.  :

CITY OF NEW YORK, et al.,  :

              Defendants.  :
-----------------------------------------------------------X

21-CV-01680 (PGG) (KHP)

ORDER

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

No later than July 15, 2022, the Law Department shall provide to the Court the address for Warden Dunbar by filing that information under seal and with the viewing restriction level "court-view only."

**The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

Dated: July 12, 2022

      New York, New York

SO ORDERED.

_Katharine H. Parker_
_____

KATHARINE H. PARKER

United States Magistrate Judge