```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GABRIEL FLORES,                                            :
                                Plaintiff,                 :
                v.                                         :
CITY OF NEW YORK, et al.,                                  :
                                Defendants.                :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2022

21-CV-01680 (PGG) (KHP)

ORDER

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

Plaintiff named numerous Defendants in the Second Amended Complaint ("the SAC"), including: (1) "Defendant 28: White," shield #8507, current job title "Security Officer," current work address 09-09 Hazen Street, East Elmhurst, New York, 11370; (2) "Defendant 59: White," current job title "Central Intelligence Bureau," current work address 16-16 Hazen Street, East Elmhurst, New York, 11370; (3) "Defendant 61: Vasquez," current job title "Assistant Deputy Warden," current work address 16-16 Hazen Street, East Elmhurst, New York, 11370; and (4) "Defendant 66: White," current job title "C.O.," current work address 1 Halleck Street, Bronx, New York 10474.  (ECF No. 24.)

On July 8, 2022, individual Defendants joined a motion to dismiss filed as ECF No. 36, asserting in relevant parts that: (i) "CO Lakeisha White, Shield No. 492" and "CO Kevin White, Shield No. 8507" join Point I and Point II (C) and (D) of the motion to dismiss; (ii) "White" joins Point VII of the motion to dismiss; and (iii) CO Kevin White joins Point VIII of the motion to dismiss.  (ECF No. 69).  In a letter dated July 8, 2022, the Law Department asserts that "ADW Vasquez" and "CO White" could not be identified based on the information provided in the SAC.

1

(ECF No. 70.) However, Plaintiff indicated only one Defendant "White" with the job title "C.O." (Defendant 66), without identifying a shield number for that person with current work address 1 Halleck Street, Bronx, New York 10474. For the remaining Defendants Plaintiff named "White," he indicated job titles "Security Officer" (Defendant 28) and "Central Intelligence Bureau" (Defendant 59). It appears that the job title of "Defendant 28: White," shield #8507, is "CO" (Correction Officer), not "Security Officer," as Plaintiff indicated in the SAC.

No later than July 18, 2022, the Law Department shall identify: (a) the paragraphs in the SAC containing allegations against "CO Lakeisha White, Shield No. 492" and her corresponding Defendant number as listed in Plaintiff's SAC (e.g., Lakisha White is Defendant 59); (b) the work address for "CO Lakeisha White, Shield No. 492"; and (c) which Defendant "White" joined Point VII of the motion to dismiss.

**The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

Dated: July 14, 2022
New York, New York

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge