```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GABRIEL FLORES,                                   :

                Plaintiff,      :

                     v.               :

CITY OF NEW YORK, et al.,                         :

                Defendants.   :
-----------------------------------------------------------X

**21-CV-01680 (PGG) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      No later than July 25, 2022, Plaintiff shall provide the City of New York Law Department with more detailed, descriptive information for Defendants named in the Second Amended Complaint as: (1) "Defendant 61: Vasquez," current job title "Assistant Deputy Warden," current work address "16-16 Hazen Street"; and (2) "Defendant 66: White," current job title "C.O.," current work address 1 Halleck Street, Bronx, New York, 10474, to assist the Law Department in identifying properly those Defendants. The Law Department shall inform the Court no later than August 1, 2022, whether the identity of Defendants 61 and 66 was established based on Plaintiff's information and, if so, whether those Defendants will waive service.

      **The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

Dated: July 18, 2022
       New York, New York          SO ORDERED.

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge