USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIEL FLORES,

        Plaintiff,

-against-

CITY OF NEW YORK, et al.,

        Defendants.

**1:21-CV-1680 (PGG) (KHP)**

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This action is scheduled for a case management conference, via telephone, on **Thursday, November 3, 2022 at 12:00 p.m.**

It is hereby **ORDERED** that the Warden or other official in charge of Sing Sing Correctional Facility produce plaintiff **Gabriel Flores, NYSID #09917423Y/B&C# 4411905826,** on **November 3, 2022, no later than 12:00 p.m.,** to a suitable location within the Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel.  If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact Sing Sing Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) telephone Judge Parker's teleconference line at **(866) 434-5269, Access code: 4858267**, with the plaintiff on the line, at the time and date of the conference.

**The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

2

Dated: August 12, 2022
New York, New York

SO ORDERED.

_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**