USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

GABRIEL FLORES,                                       :

                Plaintiff,           :

                   v.                         :

CITY OF NEW YORK, et al.,                     :

                Defendants.     :
----------------------------------------------------------X

**21-CV-01680 (PGG) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court has received Plaintiff's letter dated September 11, 2022 requesting the following: (1) leave to file an amended complaint; (2) file his opposition to Defendants' motion to dismiss; and (3) adjourn the case management conference scheduled for November 3, 2022.

Plaintiff's request to adjourn the case management conference is DENIED. At the conference, the Court will discuss the additional items noted above with the parties.

**The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

Dated: September 23, 2022
       New York, New York

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge