USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _11/14/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIEL FLORES,

             Plaintiff,

-against-

 CITY OF NEW YORK, et al.,

             Defendants.

**1:21-CV-1680 (PGG) (KHP)**

**ORDER RESCHEDULING CASE
MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The telephonic Case Management Conference in this matter scheduled for Monday,

January 16, 2023 at 10:00 a.m. is hereby rescheduled to **Wednesday, February 1, 2023 at 10:00**

**a.m.**

      It is hereby **ORDERED** that the Warden or other official in charge of the Coxsackie

Correctional Facility produce plaintiff **Gabriel Flores., DIN# 21A2109/B&C# 4411905826,** on

**Wednesday, February 1, 2023 at 10:00 a.m.,** to a suitable location within Coxsackie

Correctional Facility that is equipped with a telephone, for the purpose of participating by

telephone in a conference with the Court and defendants' counsel.  If the scheduled time and

date presents a hardship, the Warden or the Warden's designee should promptly inform

chambers by calling (212) 805-0234.

      Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact

the Coxsackie Correctional Facility to arrange the call and determine the telephone number at

which the plaintiff will be reachable at the above time and date; and (3) telephone Judge

Parker's teleconference line at **(866) 434-5269, Access code: 4858267**, with the plaintiff on the

line, at the time and date of the conference.

**The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

Dated: November 14, 2022
       New York, New York

                      **SO ORDERED**.

**KATHARINE H. PARKER**
**United States Magistrate Judge**