```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIEL FLORES,

       Plaintiff,

-against-

CITY OF NEW YORK, et al.,

       Defendants.

1:21-CV-1680 (PGG) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    As directed at the March 27, 2023 case management conference, Defendants shall file waivers of service or serve the remaining five Defendants who have not been served by **April 10, 2023**. Defendants shall mail their requests for a protective order, disclosure agreement, and health release to the Plaintiff by **March 29, 2023** and include a pre-stamped and pre-addressed envelope. Defendants shall also include a copy of the CLO 370.20 in this mailing.

    Plaintiff shall send a letter to Defendants with his document demands.

    **The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

Dated: March 27, 2023
New York, New York

                              **SO ORDERED**.

                              */s/ Katharine H. Parker*
                              **KATHARINE H. PARKER**
                              **United States Magistrate Judge**