```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIEL FLORES,

     Plaintiff,

-against-

CITY OF NEW YORK, et al.,

     Defendants.

1:21-CV-1680 (PGG) (KHP)

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    A settlement conference in this matter utilizing Microsoft Teams is hereby scheduled for **Wednesday, May 17, 2023 at 2:00 p.m.**

    It is hereby **ORDERED** that the Warden or other official in charge of Wende Correctional Facility produce plaintiff **Gabriel Flores, DIN# 21-A-2109 / B&C: 4411905826**, on **May 17, 2023, no later than 2:00 p.m.,** to a suitable location within the Correctional Facility that is equipped for the purpose of participating in a **Microsoft Teams conference** with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234.

    The Court is attempting to secure pro bono representation for Plaintiff at the settlement conference. The Court understands that someone will reach out to Plaintiff shortly to obtain his consent to the limited representation. Any pro bono counsel shall file a limited appearance in this case for purposes of settlement.

    Counsel for the Defendants and any pro bono counsel will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date. **Pro bono counsel and Defense Counsel shall make sure the Facility has the Teams link so that Plaintiff can join the**

2

**conference**. Defendants must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Updated pre-conference submissions must be received by the Court no later than **May 10, 2023 by 5:00 p.m.**

Defendants' counsel must send this Order to the Warden immediately.

**The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

Dated: March 27, 2023
New York, New York

SO ORDERED.

_Katharine H Parker_
_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**